# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Terrell Lamont Irving,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:21-cv-00488-KDB |
| | ) | 3:20-cr-00129-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2022 Order.

January 31, 2022

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court